**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHRISTOPHER ROY**                                                      **PLAINTIFF**

**v.**                                        **No. 4:08CV119-P-A**

**CHRISTOPHER EPPS**                                     **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion by the defendant for summary judgment is **GRANTED**, and judgement is **ENTERED** for the defendant.

**SO ORDERED,** this the 21st day of July, 2010.

                                                                              /s/ W. Allen Pepper, Jr.
                                                                              W. ALLEN PEPPER, JR.
                                                                              UNITED STATES DISTRICT JUDGE